**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| UNITED AERONAUTICAL CORPORATION et al., | Case № 2:20-cv-01985-ODW (JDEx) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| UNITED STATES AIR FORCE et al., | |
| Defendants. | |

Pursuant to the Court's Order Granting Defendants' Motion to Dismiss, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiffs shall recover nothing from Defendants; and

2. Plaintiffs' Complaint is dismissed without prejudice.

**IT IS SO ORDERED.**

October 25, 2021

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**